1  PHILLIP A. TALBERT
   United States Attorney
2  MATTHEW M. YELOVICH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900

6  Attorneys for Plaintiff
   United States of America

**FILED**

JUN 2 6 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: VARIOUS ELECTRONIC DEVICES AND PHYSICAL ADDRESSES IN CASE NUMBERS 2:15-SW-0533; 2:15-SW-0189; 2:15-SW-0192 | CASE NOS. 2:15-SW-0533; 2:15-SW-0189; 2:15-SW-0192<br><br>[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

Dated: 6-26-2017

The Honorable Edmund F. Brennan
UNITED STATES MAGISTRATE JUDGE